UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WILD TYPE, INC. D/B/A WILDTYPE and UPSIDE FOODS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> JENNIFER A. SHUFORD, in her official capacity as the Commissioner of The Texas Department of State Health Services; CECILE ERWIN YOUNG, in her official capacity as the executive commissioner of The Texas Health and Human Services Commission; KEN PAXTON, in his official capacity as the Attorney General of Texas; and DELIA GARZA, in her official capacity as the County Attorney of Travis County, <br><br> *Defendants*. | CIVIL ACTION NO. 1:25-CV-01408-ADA-ML |

### STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Defendants, Jennifer A. Shuford, Cecile Erwin Young, and Ken Paxton, each in their official capacity (collectively "State Defendants"), respectfully seek a thirty-day extension of time to answer or otherwise respond to the Original Complaint (ECF No. 1) filed by Plaintiffs Wild Type, Inc. and Upside Foods, Inc. (collectively "Plaintiffs") pursuant to Federal Rule of Civil Procedure 6(b).

### MOTION

Federal Rule of Civil Procedure 12(a) requires defendants serve an answer or other response within 21 days after being served with a complaint. FED. R. CIV. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 6(b) allows the Court to extend the time to respond to a complaint for good cause before the original time to respond or its extension expires. FED. R. CIV. P. 6(b)(1)(A).

1

At present, State Defendants' deadline to answer or otherwise respond to Plaintiffs Wildtype and Upside's Original Complaint (ECF No. 1) is September 26, 2025. State Defendants request an extension of their deadline to answer or otherwise respond to October 26, 2025. State Defendants request this extension for good cause and not for any improper purpose or undue delay. The requested extension would aid Counsel for State Defendants in fully and adequately responding to Plaintiffs' Original Complaint.

Counsel for State Defendants are currently preparing for a Preliminary Injunction Hearing in the case *League of United Latin American Citizens, et al, v. Greg Abbott, et al.*, Cause No. 3:21-cv-00259-JES-JVB ("*LULAC v. Abbott*"), scheduled to last from October 1, 2025, through October 10, 2025. The deadline for Counsel for State Defendants to file preliminary injunction responses in *LULAC v. Abbott* is September 22, 2025. The deadline for Counsel for State Defendants to exchange exhibit lists, witness lists, and rebuttal expert reports in *LULAC v. Abbott* is September 29, 2025. In light of these coterminous deadlines, the requested extension would allow State Defendants to more adequately and fulsomely respond to Plaintiffs' Original Complaint. Further, Counsel for State Defendants and Counsel for Plaintiffs are in contact about a briefing schedule for State Defendants' responses to Plaintiffs' forthcoming Motions for Preliminary Injunction. The requested extension would provide an opportunity for the parties to establish a comprehensive briefing schedule.

Counsel for State Defendants have conferred with Counsel for Plaintiffs who represented Plaintiffs have no objection to the requested extension.

## Prayer

Based on the foregoing, the State Defendants respectfully request that their unopposed motion for an extension of time be granted.

Dated: September 22, 2025

**Ken Paxton**
Attorney General of Texas

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy First Assistant Attorney General

**Ryan D. Walters**
Deputy Attorney General for Legal Strategy

**Ryan G. Kercher**
Chief, Special Litigation Division

Respectfully submitted,

**Zachary L. Rhines**
Special Counsel
Texas State Bar No. 24116957
zachary.rhines@oag.texas.gov

*/s/ Ali M. Thorburn*
**Ali M. Thorburn**
Special Counsel
Texas State Bar No. 24125064
ali.thorburn@oag.texas.gov

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

**Counsel for State Defendants**

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for State Defendants conferred via electronic mail with Counsel for Plaintiffs, who stated that Plaintiffs have no objection to the filing of this motion or the relief sought therein.

*/s/ Ali M. Thorburn*
**ALI M. THORBURN**

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on September 22, 2025, a true and correct copy of the above and foregoing document was filed and served electronically via CM/ECF.

| | |
|---|---|
| MARCO VASQUEZ JR. (TX Bar No. 24115892) <br> ARIF PANJU (TX Bar No. 24070380) <br> 816 Congress Ave., Suite 970 <br> Austin, TX 78701 <br> Phone: (512) 480-5936 <br> Fax: (512) 480-5937 <br> mvasquez@ij.org <br> apanju@ij.org | PAUL M. SHERMAN (VA Bar No. 73410) <br> 901 North Glebe Road, Suite 900 <br> Arlington, VA 22203 <br> Phone: (703) 682-9320 <br> Fax: (703) 682-9321 <br> psherman@ij.org <br><br> COUNSEL FOR PLAINTIFFS <br> WILD TYPE, INC. d/b/a WILDTYPE AND UPSIDE FOODS, INC. <br><br> */s/ Ali M. Thorburn* <br> **ALI M. THORBURN** |