UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **WILD TYPE, INC. D/B/A WILDTYPE** AND **UPSIDE FOODS, INC.**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JENNIFER A. SHUFORD**, in her official capacity as the Commissioner of the Texas Department of State Health Services; **CECILE ERWIN YOUNG**, in her official capacity as the Executive Commissioner of the Texas Health and Human Services Commission; **KEN PAXTON**, in his official capacity as the Attorney General of Texas; and **DELIA GARZA**, in her official capacity as the County Attorney of Travis County,<br><br>*Defendants*. | Civil Action No. 1:25-cv-1408-ADA-ML |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs Wild Type, Inc. d/b/a Wildtype and UPSIDE Foods, Inc. (collectively, Plaintiffs) respectfully move to extend the deadline by which they must respond to Defendant Delia Garza's (Garza) "Motion to Dismiss Plaintiffs' Original Complaint pursuant to Rules 12(b)(1) and 12(b)(6)" (Motion to Dismiss), ECF 15, to 14 days following the State Defendants' forthcoming answer or motion to dismiss, which is currently due no later than Sunday, October 26, 2025.

**DISCUSSION**

1. On September 2, 2025, Plaintiffs filed their "Original Complaint for Declaratory and Injunctive Relief." *See* ECF 1.

1

2. On September 22, 2025, Defendants Jennifer A. Shuford, Cecile Erwin Young, and Ken Paxton, each in their official capacity (collectively, State Defendants), filed an "Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint." *See* ECF 13.

3. The following day, this Court granted that motion in a text order, extending the State Defendants' deadline to respond to Plaintiffs' Complaint to Sunday, October 26, 2025.

4. Separately, on September 29, 2025, Garza filed her Motion to Dismiss. *See* ECF 15.

5. Under Local Rule CV-7(e)(2), Plaintiffs must file a response in opposition within 14 days after the filing of Garza's Motion to Dismiss, i.e., by Monday, October 13, 2025.

6. Plaintiffs anticipate that there will be substantial overlap between the arguments raised in Garza's Motion to Dismiss and in the anticipated State Defendants' motion to dismiss. Judicial economy will be served by extending the deadline to respond to Garza's Motion to Dismiss to match the deadline to respond to the State Defendants' anticipated motion to dismiss.

7. Extending the deadline would serve judicial economy and the convenience of the parties by allowing Plaintiffs to respond to both motions in a single, consolidated brief, thus avoiding unnecessary duplicative briefing.

8. The requested extension would also ensure that Plaintiffs can thoroughly respond to the complex issues of constitutional law and statutory interpretation raised in Garza's Motion to Dismiss.

9. The requested extension would not delay the resolution of this case because this Court is likely to consider and resolve Garza's Motion to Dismiss simultaneously with the State Defendants' anticipated motion to dismiss.

2

10. Thus, good cause exists to extend the deadline by which Plaintiffs must respond to Garza's Motion to Dismiss to 14 days following the State Defendants' forthcoming answer or motion to dismiss, which is currently due no later than Sunday, October 26, 2025.

11. Counsel for Plaintiffs have conferred with counsel for Garza and counsel for the State Defendants, who indicated they are unopposed to Plaintiffs' requested extension.

**PRAYER**

Plaintiffs respectfully request the Court extend Plaintiffs' deadline to respond to Garza's Motion to Dismiss, ECF 15, to 14 days following the State Defendants' forthcoming answer or motion to dismiss, which is currently due no later than Sunday, October 26, 2025.

Dated: October 9, 2025

Respectfully submitted,

/s/ Marco Vasquez Jr.
Marco Vasquez Jr. (TX Bar No. 24115892)
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
Telephone: (512) 480-5936
Email: mvasquez@ij.org

Paul M. Sherman (DC Bar No. 497308)*
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Telephone: (703) 682-9320
Email: psherman@ij.org
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7(i), I certify to the Court that Plaintiffs' counsel conferred with opposing counsel about the merits of this motion on October 8 and 9, 2025, via email, and opposing counsel indicated they are unopposed to the relief requested in this motion.

/s/ Marco Vasquez Jr.  
Marco Vasquez Jr. (TX Bar No. 24115892)

**CERTIFICATE OF SERVICE**

      I certify that on October 9, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Marco Vasquez Jr.
Marco Vasquez Jr. (TX Bar No. 24115892)
