# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **WILD TYPE, INC. D/B/A WILDTYPE** AND **UPSIDE FOODS, INC.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JENNIFER A. SHUFORD**, in her official capacity as the Commissioner of the Texas Department of State Health Services; **CECILE ERWIN YOUNG**, in her official capacity as the Executive Commissioner of the Texas Health and Human Services Commission; **KEN PAXTON**, in his official capacity as the Attorney General of Texas; and **DELIA GARZA**, in her official capacity as the County Attorney of Travis County, <br><br> *Defendants*. | Civil Action No. 1:25-CV-1408-ADA-ML |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS ON MOTION FOR PRELIMINARY INJUNCTION AND RESPONSES

Plaintiffs Wild Type, Inc. d/b/a Wildtype and UPSIDE Foods, Inc. (collectively, Plaintiffs) request leave to file a motion for preliminary injunction that exceeds the page limit prescribed by Local Rule CV-7(c)(2). Defendants are unopposed. With the agreement of Defendants, Plaintiffs also move to extend the page limits for Defendants' responses to that motion. In support of this motion, Plaintiffs state as follows:

1. Local Rule CV-7(c)(2) provides: "Unless otherwise authorized by the court, discovery and case management motions are limited to 10 pages, and other motions are limited to

20 pages. These page limits are exclusive of the caption, the signature block, any certificate, and any accompanying documents."

2. In this lawsuit, Plaintiffs are challenging Texas SB 261, a law that prohibits the sale of cultivated meat in Texas. Plaintiffs have brought five claims, alleging that SB 261 violates the Dormant Commerce Clause and is preempted under various provisions of federal law. *See* ECF 1 at 36–56.

3. In connection with filing this lawsuit, Plaintiffs are seeking preliminary injunctive relief that requires a careful discussion of the innovative technology of cultivated meat, constitutional case law, federal statutes, the FDA and the USDA regulatory apparatus, and the legislative history of Texas SB 261.

4. Although Plaintiffs have tried to keep their motion concise, 20 pages is not enough to fully explain the facts and law necessary to resolve the motion for preliminary injunction.

5. Accordingly, Plaintiffs respectfully request the Court extend the page limit for Plaintiffs' Opposed Motion for Preliminary Injunction to 30 pages.

6. In accordance with Local Rule CV-7(b), a copy of Plaintiffs' [Proposed] Opposed Motion for Preliminary Injunction is attached as **Exhibit A**.

7. In accordance with Local Rule CV-7(b), Plaintiffs respectfully request the Court grant this motion and order "the clerk [to] promptly file" Exhibit A as Plaintiffs' Opposed Motion for Preliminary Injunction.

8. On October 15 and 16, 2025, Plaintiffs' counsel conferred with Defendants' counsel, who do not oppose this motion for extension of the page limit, so long as Plaintiffs do not oppose a similar extension for Defendants for their responsive briefs.

9. Plaintiffs do not oppose a similar extension for Defendants, and Defendants have authorized Plaintiffs to include a request for a similar 10-page extension for responsive briefs in the proposed order attached to this motion.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully ask the Court to grant this motion, enter the attached proposed order extending the page limit for Plaintiffs' Opposed Motion for Preliminary Injunction and Defendants' responses to 30 pages, and order the clerk to promptly file Exhibit A to this motion as Plaintiffs' Opposed Motion for Preliminary Injunction

Dated: October 17, 2025

Respectfully submitted,

/s/ Marco Vasquez Jr.
Marco Vasquez Jr. (TX Bar No. 24115892)
Arif Panju (TX Bar No. 24070380)
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
Telephone: (512) 480-5936
Fax: (512) 480-5937
Email: mvasquez@ij.org
Email: apanju@ij.org

Paul M. Sherman (DC Bar No. 497308)*
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Telephone: (703) 682-9320
Fax: (703) 682-9321
Email: psherman@ij.org

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7, I certify to the Court that Plaintiffs' counsel conferred with opposing counsel about the merits of this motion on October 15 and 16, 2025, via email, and opposing counsel indicated they are unopposed to the relief requested in this motion.

/s/ Marco Vasquez Jr.
Marco Vasquez Jr. (TX Bar No. 24115892)

**CERTIFICATE OF SERVICE**

I certify that on October 17, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Marco Vasquez Jr.
Marco Vasquez Jr. (TX Bar No. 24115892)
