UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **WILD TYPE, INC. D/B/A WILDTYPE** AND **UPSIDE FOODS, INC.**, <br><br>*Plaintiffs*, <br><br>v. <br><br>**JENNIFER A. SHUFORD**, in her official capacity as the Commissioner of the Texas Department of State Health Services; **CECILE ERWIN YOUNG**, in her official capacity as the Executive Commissioner of the Texas Health and Human Services Commission; **KEN PAXTON**, in his official capacity as the Attorney General of Texas; and **DELIA GARZA**, in her official capacity as the County Attorney of Travis County, <br><br>*Defendants*. | Civil Action No. 1:25-CV-1408-ADA-ML |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS ON MOTION FOR PRELIMINARY INJUNCTION AND RESPONSES**

This matter comes before the Court on Plaintiffs' Unopposed Motion for Leave to Exceed Page Limits on Motion for Preliminary Injunction and Responses. The Court has reviewed the motion and finds that it should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that the page limit shall be increased to 30 pages for Plaintiffs' Opposed Motion for Preliminary Injunction and Defendants' Responses to that Motion. The Court **DIRECTS** the Clerk to separately docket Plaintiffs' [Proposed] Opposed Motion for Preliminary Injunction—attached as Exhibit A to the motion for leave—as Plaintiffs' Opposed Motion for Preliminary Injunction.

1

2

**SIGNED** this _____ day of _____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE