UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WILD TYPE, INC. D/B/A WILDTYPE and UPSIDE FOODS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> JENNIFER A. SHUFORD, in her official capacity as the Commissioner of The Texas Department of State Health Services; CECILE ERWIN YOUNG, in her official capacity as the executive commissioner of The Texas Health and Human Services Commission; KEN PAXTON, in his official capacity as the Attorney General of Texas; and DELIA GARZA, in her official capacity as the County Attorney of Travis County, <br><br> *Defendants*. | CIVIL ACTION NO. 1:25-CV-01408-ADA-ML |

### DEFENDANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Defendants, Jennifer A. Shuford, Cecile Erwin Young, and Ken Paxton, each in their official capacity (collectively State Defendants), and Defendant Delia Garza, in her official capacity, respectfully seek a seven-day extension of time to respond to the Motion for Preliminary Injunction (ECF No. 21) filed by Plaintiffs Wild Type, Inc. and Upside Foods, Inc. pursuant to Federal Rule of Civil Procedure 6(b). This would extend Defendants' deadline to respond to Plaintiffs' Motion for Preliminary Injunction from November 3, 2025 to November 10, 2025.

Good cause exists for this extension. Due to a family emergency, the client contact for State Defendants will be unable to substantively review State Defendants' Response prior to November 3. Counsel for State Defendants has also had several briefing deadlines, including a Fifth Circuit brief due on October 22, 2025 in *The State of Texas v. R.J. Reynolds, et al.*, 25-40233, and a response to a motion for leave to amend a complaint due on October 31, 2025 *United State v. Texas*, No. 3:21-

CV-00173-KC in the United States District Court for the Western District of Texas. Furthermore, extending time for Defendant Garza to respond to Plaintiffs' Motion would serve the interests of judicial efficiency and harmonize deadlines for all Parties.

Counsel for the Defendants have conferred with Counsel for the Plaintiffs who represented Plaintiffs have no objection to the requested extension.

### **PRAYER**

Based on the foregoing, the Defendants respectfully request that their unopposed joint motion for an extension of time be granted.

Dated: October 28, 2025

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy

**RYAN G. KERCHER**
Chief, Special Litigation Division

**ZACHARY L. RHINES**
Special Counsel
Texas State Bar No. 24116957
zachary.rhines@oag.texas.gov

**ALI M. THORBURN**
Special Counsel
Texas State Bar No. 24125064
ali.thorburn@oag.texas.gov

*/s/ Brian B. Tung*
**BRIAN B. TUNG**
Assistant Attorney General
Texas State Bar No. 24145179
brian.tung@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

**COUNSEL FOR STATE DEFENDANTS**

Respectfully submitted,

**DELIA GARZA**
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone: (512) 854-9513
Facsimile: (512) 854-4808

**TODD A. CLARK**
Assistant County Attorney
State Bar No. 04298850
Todd.Clark@traviscountytx.gov

**ELAINE CASAS**
Assistant County Attorney
State Bar No. 00785750
Elaine.Casas@traviscountytx.gov

*/s/ Susana Naranjo-Padron*
**SUSANA NARANJO-PADRON**
Assistant County Attorneys
State Bar No. 24105688
Susana.Naranjo-Padron@traviscountytx.gov

**COUNSEL FOR DEFENDANT GARZA**

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 27, 2025, Counsel for State Defendants conferred via electronic mail with Counsel for Plaintiffs, who stated that Plaintiffs have no objection to the filing of this motion, or the relief sought therein.

*/s/ Brian B. Tung*
**BRIAN B. TUNG**

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on October 28, 2025, a true and correct copy of the above and foregoing document was filed and served electronically via CM/ECF.

*/s/ Brian B. Tung*
**BRIAN B. TUNG**