IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WILD TYPE, INC. D/B/A WILDTYPE and UPSIDE FOODS, INC., <br>    *Plaintiffs,* <br><br> v. <br><br> JENNIFER A. SHUFORD, in her official capacity as the Commissioner of the Texas Department of State Health Services; et al., <br>    *Defendants.* | § § § § § § § § § § § § § § NO. 1:25-CV-1408 |

## ORDER

The referral of this case to Magistrate Judge Mark Lane is hereby vacated.

SIGNED ON DECEMBER 30, 2025.

            _____
            ALAN D ALBRIGHT
            UNITED STATES DISTRICT JUDGE