# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **WILD TYPE, INC. D/B/A WILDTYPE** and **UPSIDE FOODS, INC.,** *Plaintiffs,* | § § § § § | |
| v. | § § | NO. 1:25-CV-1408 |
| **JENNIFER A. SHUFORD,** in her official capacity as the Commissioner of the Texas Department of State Health Services; et al., *Defendants.* | § § § § § § § | |

## ORDER RESETTING HEARING

IT IS HEREBY ORDERED that the **MOTION HEARING** in the above entitled and numbered case currently set for Friday, January 9, 2026 at 11:00 AM by Zoom is hereby RESCHEDULED for **Friday, January 16, 2026, at 2:30 PM** on Zoom. The Zoom link will be sent via email.

SIGNED ON DECEMBER 30, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE