UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **WILD TYPE, INC. D/B/A WILDTYPE** AND **UPSIDE FOODS, INC.**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JENNIFER A. SHUFORD**, in her official capacity as the Commissioner of the Texas Department of State Health Services; **CECILE ERWIN YOUNG**, in her official capacity as the Executive Commissioner of the Texas Health and Human Services Commission; and **KEN PAXTON**, in his official capacity as the Attorney General of Texas,<br><br>*Defendants*. | Civil Action No. 1:25-CV-1408-ADA |

### PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Wild Type, Inc. d/b/a Wildtype and UPSIDE Foods, Inc. (collectively, Plaintiffs) appeal to the United States Court of Appeals for the Fifth Circuit, from the Order denying Plaintiffs' Motion for Preliminary Injunction entered on January 30, 2026 (ECF 43).

1

Dated: February 26, 2026.

/s/ Marco Vasquez Jr.
Marco Vasquez Jr. (TX Bar No. 24115892)
Arif Panju (TX Bar No. 24070380)
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
Telephone: (512) 480-5936
Fax: (512) 480-5937
Email: mvasquez@ij.org
Email: apanju@ij.org

Paul M. Sherman (DC Bar No. 497308)*
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Telephone: (703) 682-9320
Fax: (703) 682-9321
Email: psherman@ij.org

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on February 26, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

*/s/ Marco Vasquez Jr.*
Marco Vasquez Jr. (TX Bar No. 24115892)
*Attorney for Plaintiffs*
